UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER D. CRAFT, SR., <br><br> Plaintiff, <br><br> -against- <br><br> NEW YORK STATE TROOPER SCHACTOR; NEW YORK STATE TROOPER MCGEE, <br><br> Defendants. | 22-CV-10267 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the July 28, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 28, 2023
         New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge